IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) **WILLIDY JOE VEGA-ACEVEDO**<br>2) JUAN DAVID PEREZ-SANCHEZ<br>Defendants | CRIMINAL 06-0393CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 3, 2007 **(docket entry 46)** on a Rule 11 proceeding of co-defendant Willidy Joe Vega-Acevedo held before Magistrate Judge Marcos E. López on April 2, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Willidy Joe Vega-Acevedo is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 2, 2007. The **sentencing hearing is set for July 10, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge